UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| BRUCE CLELAND, | : |
| Plaintiff, | : Case No. 3:09-cv-2146 (VLB) |
| v. | : |
| SV SPECIAL SITUATIONS FUND, L.P. STAGG CAPITAL GROUP LLC, KNIGHT LIBERTAS LLC, 3V CAPITAL MANAGEMENT LLC, 3V CAPITAL PARTNERS LP, 3V CAPITAL ADVISORS LLC, GARY KATCHER, SCOTT A. STAGG, and MARK FOCHT | : |
| Defendants. | : APRIL 1, 2010 |

---

### MOTION FOR ADMISSION PRO HAC VICE OF HOWARD SCHIFFMAN

Pursuant to Local Rule 83.1(d), the undersigned counsel for defendants Knight Libertas LLC and Gary Katcher hereby respectfully move that Attorney Howard Schiffman, Esq. of the law firm Schulte Roth & Zabel LLP be admitted to practice *pro hac vice*, on behalf of Knight Libertas LLC and Gary Katcher, for all purposes, in this action. In support hereof, the undersigned respectfully represents:

1.  The attached affidavit of Attorney Schiffman sets forth the following facts:

    (a)  Attorney Schiffman's office address is 1152 15th Street NW, Suite 850, Washington, DC 20005.  Attorney Schiffman's telephone number is (202) 729-7470.

(b) Attorney Schiffman is a member in good standing of the Bars of the District of Columbia, Maryland and New York; and is admitted to practice before the Southern District of New York; the District of Maryland; the United States Court of Appeals for the Second, Ninth and Eleventh Circuits; and the Supreme Court of the United States; and Attorney Schiffman has never been denied admission to or disciplined by this or any other Court.

(c) Under Local Rule 83.1(c)(1), Attorney Schiffman designates the undersigned and his office, Shipman & Goodwin LLP, 300 Atlantic Street, Stamford, CT 06901, telephone number (203) 324-8100, as the member of the bar of this Court upon whom service of all papers shall also be made.

(d) There is good cause for Attorney Schiffman's admission *pro hac vice* in that: (i) his firm is regular counsel to Knight Libertas LLC and Gary Katcher; (ii) Knight Libertas LLC and Gary Katcher have expressed their confidence in his experience and recommendations as to trial strategy and settlement and have expressly requested that Attorney Schiffman and his firm represent their interests in this case; (iii) Attorney Schiffman is actively participating in this case and its preparation for trial; (iv) because of Attorney Schiffman's substantial past experience, his assistance is needed to conduct the trial of this action on behalf of Knight Libertas LLC and Gary Katcher; and (v) Attorney Schiffman has appeared *pro hac vice* on behalf of Knight Libertas LLC and Gary Katcher in a previously filed, related action currently pending before this District, assigned to the Honorable Stefan

R. Underhill, captioned <u>3V Capital Master Fund Ltd v. Knight Libertas LLC, et al.</u>, No. 3:08cv1769-SRU.

    2.    The granting of this motion will not require modification of any scheduling order entered by this Court pursuant to Federal Rule of Civil Procedure 16(b) or the deadlines established by the standing order on scheduling in civil cases.

    3.    The requisite fee of $25.00 has been submitted herewith.

**WHEREFORE,** the undersigned respectfully requests that this Court admit Howard Schiffman, Esq., *pro hac vice*, to practice as a visiting attorney before this Court representing Knight Libertas LLC and Gary Katcher, in all matters relating to this proceeding, together with such other and further relief as the Court deems just and proper.

Respectfully Submitted,

DEFENDANTS,
KNIGHT LIBERTAS LLC and
GARY KATCHER

By: /s/ Frederick S. Gold
    Frederick S. Gold
    Fed. Bar. No. ct 03560
    Eric Lubochinski
    Fed. Bar No. ct 25842
    Shipman & Goodwin LLP
    300 Atlantic Street, Third Floor
    Stamford, Connecticut 06901
    Telephone: (203) 324-8100
    Facsimile: (203) 324-8199
    E-mail: fgold@goodwin.com
    E-mail: elubochinski@goodwin.com
    Their Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2010, a copy of the foregoing was sent via U.S. mail, postage prepaid, to:

John E. MacDonald, Esq.
Saul Roffe, Esq.
Stark & Stark, PC
993 Lenox Drive, Bldg. 2
P.O. Box 5315
Princeton, NJ 08543-5315

/s/ Eric Lubochinski
Eric Lubochinski

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------- :
BRUCE CLELAND, :
 :
      Plaintiff, : Case No. 3:09-cv-2146 (VLB)
 :
v. :
 :
SV SPECIAL SITUATIONS FUND, L.P. :
STAGG CAPITAL GROUP LLC, KNIGHT :
LIBERTAS LLC, 3V CAPITAL MANAGEMENT :
LLC, 3V CAPITAL PARTNERS LP, 3V CAPITAL :
ADVISORS LLC, GARY KATCHER, SCOTT A. :
STAGG, and MARK FOCHT :
 :
      Defendants. : MARCH 16, 2010
---------------------------------------------------------------- :

### AFFIDAVIT IN SUPPORT OF
### MOTION TO ADMIT PRO HAC VICE

       )
Washington D.C.  )    ss:
       )

Howard Schiffman, Esq., being duly sworn, on oath deposes and says:

1.    I am over the age of eighteen years and understand the obligations of an oath. I submit this affidavit pursuant to D. Conn. L. Civ. R. 83.1(d) in support of the attached motion seeking permission of the Court for me to appear *pro hac vice,* for all purposes, in the above entitled action.

Error! Bookmark not defined.

2. I am an attorney at the law firm of Schulte Roth & Zabel LLP, attorneys for defendants Knight Libertas LLC and Gary Katcher, and my contact information is as follows:

> Howard Schiffman, Esq.
> Schulte Roth & Zabel LLP
> 1152 15th Street NW, Suite 850
> Washington, DC 20005
> Telephone: (202) 729-7470
> Facsimile: (202) 730-4520
> Email: howard.schiffman@srz.com

3. I am a member in good standing of Bars of the District of Columbia, Maryland and New York; and am admitted to practice before the Southern District of New York; the District of Maryland; the United States Court of Appeals for the Second, Ninth and Eleventh Circuits; and the Supreme Court of the United States.

4. I have never been denied admission to or disciplined by this Court or any other Court.

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

6. Pursuant to Local Rule 83.1(c)(1), I designate Frederick S. Gold, Esq. of Shipman & Goodwin LLP and his office, Shipman & Goodwin LLP, 300 Atlantic Street, Stamford, CT 06901, telephone number (203) 324-8100, as the member of the bar of this Court upon whom service of all papers shall also be made.

7. There is good cause for my admission *pro hac vice* in that: (a) my firm is regular counsel to Knight Libertas LLC and Gary Katcher; (b) Knight Libertas

LLC and Gary Katcher have expressed their confidence in my experience and recommendations as to trial strategy and settlement and have expressly requested that I and my firm represent their interests in this case; (c) I am actively participating in the case and its preparation for trial; (d) because of my substantial past experience, my assistance is needed to conduct the trial of this action on behalf of Knight Libertas LLC and Gary Katcher; and (e) I have appeared *pro hac vice* on behalf of Knight Libertas LLC and Gary Katcher in a related action currently pending before this Court (Underhill, J.), captioned <u>3V Capital Master Fund Ltd. v. Knight Libertas LLC, et al.</u>, No. 3:08-cv-01769-SRU.

_____
Howard Schiffman, Esq.

Sworn to before me this 16th day of March 2010.

_____
Notary Public
My Commission Expires:

Christopher Stanhope DiBitetto
Notary Public, District of Columbia
My Commission Expires 1/31/2014

Error! Bookmark not defined.                                3