UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **BRUCE CLELAND,** : | |
| : | |
| Plaintiff, : | |
| : | |
| : | Case No. 3:09-cv-2146 (VLB) |
| - against - : | |
| : | |
| **SV SPECIAL SITUATIONS FUND LP, STAGG** : | |
| **CAPITAL GROUP LLC, KNIGHT LIBERTAS** : | |
| **LLC, 3V CAPITAL MANAGEMENT LLC, 3V** : | |
| **CAPITAL PARTNERS LP, 3V CAPITAL** : | |
| **ADVISORS LLC, GARY KATCHER, SCOTT A.** : | |
| **STAGG, and MARK FOCHT,** : | April 30, 2010 |
| : | |
| Defendants. : | |

**DEFENDANTS KNIGHT LIBERTAS LLC'S
AND GARY KATCHER'S MOTION TO DISMISS**

Defendants Knight Libertas LLC and Gary Katcher (the "Moving

Defendants") respectfully move for an Order, pursuant to Rules 9(b), 12(b)(1) and

12(b)(6) of the Federal Rules of Civil Procedure ("FRCP") and the Private Securities

Litigation Reform Act ("PSLRA"), dismissing Plaintiff's Complaint filed on or about

December 31, 2009.

As more fully explained in the Moving Defendants' supporting

Memorandum of Law, submitted herewith, (1) Plaintiff's Complaint fails to state a

claim upon which relief can be granted because the allegations pled in the Complaint

**ORAL ARGUMENT REQUESTED**

**are vague, conclusory, and fall far short of satisfying the pleading requirements of FRCP 8(a) and/or the more exacting pleading requirements of FRCP 9(b) and the PSLRA, as appropriate; and (2) this Court lacks subject matter jurisdiction over some or all of the action because Plaintiff lacks standing to state as direct claims in his own name claims that are in actuality derivative in nature, and the Court should not exercise supplemental jurisdiction over the common law claims asserted in the Complaint once the federal claims against Gary Katcher are properly dismissed.  For all these reasons, the Moving Defendants' motion to dismiss should be granted.**

**In support of this motion, the Moving Defendants respectfully rely upon their accompanying Memorandum of Law and such additional papers in support hereof as the Moving Defendants may hereafter file.**

**Wherefore, the Moving Defendants respectfully ask that this motion be fully granted, together with such other and further relief as the Court deems proper.**

**Respectfully Submitted,**

**DEFENDANTS,
KNIGHT LIBERTAS LLC and
GARY KATCHER**

**By   /s/ Eric Lubochinski**
   **Frederick S. Gold
   Fed. Bar. No. ct 03560
   Eric Lubochinski
   Fed. Bar No. ct 25842
   Shipman & Goodwin LLP
   300 Atlantic Street, Third Floor
   Stamford, Connecticut 06901
   Telephone: (203) 324-8100
   Facsimile: (203) 324-8199
   E-mail: fgold@goodwin.com
   E-mail: elubochinski@goodwin.com**

   **- AND -**

   **Howard Schiffman  (phv03720)
   Admitted** *pro hac vice*
   **Schulte Roth & Zabel LLP
   1152 Fifteenth Street, NW, Suite 850
   Washington, DC 20005
   Tel. (202) 729-7470
   Fax (202) 730-4520
   E-mail: howard.schiffman@srz.com**

   **Their Attorneys**

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2010 a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/Eric Lubochinski
    Eric Lubochinski

1458141v1