**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **BRUCE CLELAND,** | |
| **Plaintiff,** | **Case No. 3:09-cv-2146 (VLB)** |
| **v.** | |
| **SV SPECIAL SITUATIONS FUND, L.P., STAGG CAPITAL GROUP LLC, KNIGHT LIBERTAS LLC, 3V CAPITAL MANAGEMENT LLC, 3V CAPITAL PARTNERS LP, 3V CAPITAL ADVISORS LLC, GARY KATCHER, SCOTT A. STAGG, and MARK FOCHT,** | |
| | **May 10, 2010** |
| **Defendants.** | |

**DEFENDANTS SV SPECIAL SITUATIONS FUND, L.P.,**
**STAGG CAPITAL GROUP LLC, 3V CAPITAL MANAGEMENT LLC,**
**3V CAPITAL PARTNERS LP, 3V CAPITAL ADVISORS LLC**
**AND SCOTT A. STAGG'S MOTION *ON CONSENT* FOR AN**
**EXTENSION OF TIME TO FILE AN ANSWER OR**
**MOVE WITH RESPECT TO THE COMPLAINT**

Defendants SV Special Situations Fund, L.P., Stagg Capital Group LLC, 3V Capital Management LLC, 3V Capital Partners LP, 3V Capital Advisors LLC and Scott A. Stagg ("3V Management Defendants") respectfully move for an Order, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, extending their time to answer or move with respect to the Complaint dated December 30, 2009.  The 3V Management Defendants request an extension of their time to answer or move to and including May 24, 2010.   In support of this motion, undersigned counsel for the 3V Management Defendants respectfully represent:

1.     On or about March 22, 2010, plaintiff served on the 3V Management Defendants a Complaint along with Waivers of Service of Summons.  Accordingly, the current deadline for the 3V Management Defendants to answer or move with respect to the Complaint is May 10, 2010.

2.     Plaintiff's counsel consents to the extension requested herein.

3.     The 3V Management Defendants require an extension of time because they are gathering information and coordinating their defense with counsel.

4.     This motion is being filed within the deadline sought to be extended hereby.

5.     No prior application for the relief requested herein has been made.

WHEREFORE, the 3V Management Defendants respectfully move for an extension of their time to answer or move with respect to the Complaint to and including May 24, 2010, together with such other and further relief as the Court deems proper.

Respectfully Submitted,

STAGG, TERENZI, CONFUSIONE
& WABNIK, LLP

By:     _____/s/Debra L. Wabnik_____
Debra L. Wabnik (ct-24768)
Attorneys for Defendants
SV Special Situations Fund, L.P., Stagg
Capital Group LLC, 3V Capital Management
LLC, 3V Capital Partners LP, 3V Capital
Advisors LLC and Scott A. Stagg.
Office & P.O. Address:
401 Franklin Avenue, Suite 300
Garden City, New York 11530
(516) 812-4500

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 10, 2010 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

JOHN EDWARD MacDONALD, ESQ.
STARK & STARK, PC
Attorneys for Plaintiff
Bruce Cleland
Office & P.O. Address:
993 Lenox Drive
P.O. Box 5315
Princeton, New Jersey  08543-5315
(609) 895-7292

ERIC J. LUBOCHINSKI, ESQ.
SHIPMAN & GOODWIN
Attorneys for Defendant
Knight Libertas LLC
Office & P.O. Address:
300 Atlantic Street
Stamford, Connecticut  06901-3522
(203) 324-8154

FREDERICK S. GOLD, ESQ.
SHIPMAN & GOODWIN
Attorneys for Defendant
Knight Libertas LLC
Office & P.O. Address:
300 Atlantic Street
Stamford, Connecticut  06901-3522
(203) 324-8100

**HOWARD SCHIFFMAN, ESQ.**
**SCHULTE ROTH & ZABEL, LLP**
**Attorneys for Defendant**
**Knight Libertas LLC**
**Office & P.O. Address:**
**1152 Fifteenth Street, NW**
**Washington, DC 20005**
**(202) 729-7470**

**STAGG, TERENZI, CONFUSIONE & WABNIK, LLP**

**BY:** _____/s/Debra L. Wabnik_____

**Debra L. Wabnik (ct-24768)**
**Attorneys for Defendants**
**SV Special Situations Fund, L.P.,**
**Stagg Capital Group LLC, 3V Capital**
**Management LLC, 3V Capital Partners LP, 3V**
**Capital Advisors LLC and Scott A. Stagg**
**Office & P.O. Address:**
**401 Franklin Avenue**
**Suite 300**
**Garden City, New York 11530**
**(516) 812-4500**
**Facsimile:  (516) 812-4600**
**dwabnik@stcwlaw.com**

4