

Your complimentary use period has ended. Thank you for using PDF Complete.

Click Here to upgrade to Unlimited Pages and Expanded Features

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CLELAND | : |
| | :    3:09-cv-02146-VLB |
|         **Plaintiff,** | : |
| | : |
|   against | : |
| | : |
| SV SPECIAL SITUATIONS FUND, L.P., | : |
| STAGG CAPITAL GROUP LLC, KNIGHT | : |
| LIBERTAS LLC, 3V CAPITAL | : |
| MANAGEMENT LLC, 3V CAPITAL | : |
| PARTNERS LP, 3V CAPITAL ADVISORS | : |
| LLC, GARY KATCHER, SCOTT A. STAGG, | : |
| and MARK FOCHT | : |

                            **Defendants.**

**MOTION, ON CONSENT, FOR EXTENSION OF
TIME IN WHICH TO RESPOND TO THE COMPLAINT**

        Pursuant Rule 6(c) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, Plaintiff Bruce Cleland (the "Moving Plaintiff") respectfully moves for an extension of time from May 21, 2010 to and including June 4, 2010, in which file opposition to Defendant Gary Katcher and Knight Libertas LLC's Motion To Dismiss (the "Motion"). In support of this motion, the undersigned attorneys for the Moving Plaintiff respectfully represent:

DOC ID-11089910.1
1401900v1

Your complimentary use period has ended. Thank you for using PDF Complete.

Click Here to upgrade to Unlimited Pages and Expanded Features

1. The Court provided a Scheduling Order scheduling Moving Plaintiff's response to the Motion to be filed on May 21, 2010;

2. The Motion raises complex issues of fact and law.

3. The requested additional time is needed for the Moving Plaintiff to analyze these issues, conduct appropriate factual and legal research, and to prepare an appropriate response to the Motion.

4. An attorney of Stark & Stark, P.C., counsel for the Moving Plaintiff, who will be appearing herein, has spoken with Defendant's Counsel counsel, namely, Jennifer Shufro, Esq. of Shulte Roth & Zabel LLP, and attorney Shufro has consented to the extension of time sought herein.

5. This is the Moving Plaintiff's first request for an extension of the time to respond to the subject Motion.

6. This motion is being filed within the existing deadline sought to be extended hereby.

WHEREFORE, in view of all the foregoing, the Moving Plaintiff respectfully requests that this Court grant an extension from May 21, 2010 to and including June 4, 2010, for the Moving Plaintiff to file opposition to the Motion; together with such other and further relief as the Court deems proper.

DOCS⁄1089910.1

2

            **Respectfully Submitted,**

            **By <u>/s/ John E. MacDonald</u>**
             **John E. MacDonald, Esq**
             **Stark & Stark, P.C.**
             **P.O. Box 5315**
             **Princeton, New Jersey 08543**
             **(609) 895-7292**

            **Federal Bar Number JEM-14853**

            **Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2010 a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.


/s/ John E. MacDonald