UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CLELAND | : |
| | : |
| | : |
| V. | : CASE NO. 3:09CV2146(VLB) |
| | : |
| SV SPECIAL SITUATIONS FUND, L.P., | : |
| ET AL. | : |

## ORDER

In the interest of justice, the above identified case is hereby transferred to the Honorable Stefan R. Underhill.  All further pleadings or documents in this matter should be filed with the Clerk's Office in Bridgeport and bear the docket number 3:09CV2146 (SRU).

Dated at Hartford, Connecticut this 26TH day of May, 2010.

\_\_\_/s/ VLB_____
Vanessa L. Bryant
United States District Judge