STARK & STARK

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CLELAND,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SV SPECIAL SITUATIONS FUND, L.P., STAGG CAPITAL GROUP LLC, KNIGHT LIBERTAS LLC, 3V CAPITAL MANAGEMENT LLC, 3V CAPITAL PARTNERS LP, 3V CAPITAL ADVISORS LLC, GARY KATCHER, SCOTT A. STAGG and MARK FOCHT,<br><br>　　　　　Defendants. | CASE NO. 3:09CV2146(SRU)<br><br><br>June 4, 2010 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2010 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

　　　　　　　　　　　　　　　　　　　　　STARK & STARK
　　　　　　　　　　　　　　　　　　　　　A Professional Corporation

　　　　　　　　　　　　　　　　　　　　　/s/ John E. MacDonald
　　　　　　　　　　　　　　　　　　　　　JOHN E. MACDONALD
　　　　　　　　　　　　　　　　　　　　　993 Lenox Drive, Bldg. 2
　　　　　　　　　　　　　　　　　　　　　Lawrenceville, NJ 08648-2389
　　　　　　　　　　　　　　　　　　　　　609-896-9060
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff, Bruce Cleland

Dated: June 4, 2010
　　　　Princeton, NJ

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ  08543-5315