UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

BRUCE CLELAND,

    Plaintiff,

v.

SV SPECIAL SITUATIONS FUND, L.P.
STAGG CAPITAL GROUP LLC, KNIGHT
LIBERTAS LLC, 3V CAPITAL MANAGEMENT
LLC, 3V CAPITAL PARTNERS LP, 3V CAPITAL
ADVISORS LLC, GARY KATCHER, SCOTT A.
STAGG, and MARK FOCHT

    Defendants.

Case No. 3:09-cv-2146 (SRU)

JUNE 11, 2010

---

## MOTION, ON CONSENT, FOR EXTENSION OF TIME

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, defendants Knight Libertas LLC and Gary Katcher (the "Moving Defendants") respectfully move for an extension of time from June 18, 2010 to and including July 14, 2010, in which to reply to plaintiff's opposition to the Moving Defendants' Motion to Dismiss. In support of this motion, the undersigned attorneys for the Moving Defendants respectfully represent:

    1.    The Moving Defendants filed their Motion to Dismiss on April 30, 2010. After extension, plaintiff filed an opposition to the Motion to Dismiss on June 4, 2010.

Accordingly, under Rule 7(d) of the Local Rules of Civil Procedure, the current deadline for the Moving Defendants to reply to plaintiff's opposition is June 18, 2010.

2. The requested additional time is needed for the Moving Defendants and their undersigned counsel to analyze the issues raised in plaintiff's opposition, conduct appropriate factual and legal research, and to prepare appropriate consequent papers.

3. The Moving Defendants respectfully urge that the foregoing facts and circumstances constitute good cause for the granting of this motion.

4. The Moving Defendants' lead counsel, Schulte Roth & Zabel LLP, has spoken with plaintiff's counsel, namely, Saul Roffe of Stark & Stark, PC, and Attorney Roffe has consented to the extension of time sought herein.

5. This is the Moving Defendants' first request for an extension of the time of the deadline sought to be extended hereby.

6. This motion is being filed within the existing deadline sought to be extended hereby.

WHEREFORE, in view of all the foregoing, the Moving Defendants respectfully request that this Court grant an extension from June 18, 2010 to and including July 14, 2010, for the Moving Defendants to reply to plaintiff's opposition to the Moving Defendants' Motion to Dismiss; together with such other and further relief as the Court deems proper.

Respectfully Submitted,

**DEFENDANTS
KNIGHT LIBERTAS LLC and GARY KATCHER**

By /s/ Eric Lubochinski
    Frederick S. Gold (ct03560)
    Eric Lubochinski (ct25842)
    Shipman & Goodwin LLP
    300 Atlantic Street, Third Floor
    Stamford, Connecticut 06901
    Telephone: (203) 324-8100
    Facsimile: (203) 324-8199
    E-mail: fgold@goodwin.com
    E-mail: elubochinski@goodwin.com

And

Howard Schiffman (phv03720)
Admitted *pro hac vice*
Schulte Roth & Zabel LLP
1152 Fifteenth Street, NW, Suite 850
Washington, DC 20005
Tel. (202) 729-7470
Fax (202) 730-4520
E-mail: howard.schiffman@srz.com

Their Attorneys

## CERTIFICATE OF SERVICE

     I hereby certify that on June 11, 2010 a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                          /s/Eric Lubochinski
                          Eric Lubochinski