UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CLELAND,<br><br>    Plaintiff,<br><br>vs.<br><br>SV SPECIAL SITUATIONS FUND, L.P., STAGG CAPITAL GROUP LLC, KNIGHT LIBERTAS LLC, 3V CAPITAL MANAGEMENT LLC, 3V CAPITAL PARTNERS LP, 3V CAPITAL ADVISORS LLC, GARY KATCHER, SCOTT A. STAGG and MARK FOCHT,<br><br>    Defendants. | CASE NO. 3:09CV2146(SRU)<br><br>June 24, 2010 |

## CERTIFICATION OF SERVICE

I hereby certify that on June 24, 2010 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                            STARK & STARK
                                                            A Professional Corporation

                                                            /s/ John E. MacDonald
                                                            JOHN E. MACDONALD
                                                            993 Lenox Drive, Bldg. 2
                                                            Lawrenceville, NJ 08648-2389
                                                            609-896-9060
                                                            Attorneys for Plaintiff, Bruce Cleland

Dated: June 24, 2010
       Princeton, NJ

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315