# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: 09CV2146 (SRU)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff

I certify that I am admitted to practice in this court.

__June 30, 2010__
**Date**

*[signature]*
**Signature**

__CT 06808__
**Connecticut Federal Bar Number**

__Saul Roffe__
**Print Clearly or Type Name**

__(609) 791-7007__
**Telephone Number**

__Stark & Stark P.C.__
**Address**

__(609) 895-7395__
**Fax Number**

__P.O. Box 5315, Princeton, NJ   08543-5315__

__sroffe@stark-stark.com__
**E-mail address**

### CERTIFICATE OF SERVICE

I hereby certify that on __July 2, 2010__, a copy of the foregoing __Appearance__ was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [list names and addresses of anyone unable to accept electronic filing] as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*[signature]*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Atty-Appearance.wpd Sept. 2008

# ELECTRONIC FILING ATTORNEY REGISTRATION FORM
## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT
Rev. 05/19/08

This form is used to register for an account on the District of Connecticut Electronic Filing System (the CM/ECF System). Registered attorneys are permitted to electronically file documents and, **in conjunction with a PACER access account**, to view the electronic docket sheets and documents. Procedures for using the CM/ECF System can be downloaded from the court's website at www.ctd.uscourts.gov/cmecf. To register, the following information is required:

### PLEASE TYPE OR CLEARLY PRINT
(IF WE CANNOT READ YOUR FORM IT WILL BE RETURNED TO YOU UNPROCESSED)

First Name: __Saul__   Middle Name: _____

Last Name: __Roffe__   If appropriate check one: ( )Sr. ( )Jr. ( )II ( )III

Are you currently in good standing in all courts in which you are admitted to practice?  Yes _X_   No ____

Firm Name: __Stark & Stark P.C.__

Address: __P. O. Box 5315__

City: __Princeton__   State: __NJ__   Zip Code: __08543-5315__

Voice Telephone Number: __(609) 791-7007__   Fax Number: __(609) 895-7395__

E-Mail Address (REQUIRED): __sroffe@stark-stark.com__

**Attorneys seeking to file documents electronically must be admitted to practice in the United States District Court for the District of Connecticut pursuant to Local Rule of Civil Procedure 83.1.**

Date admitted to practice in this court: _____   Federal Bar Number: _____

If admitted pro hac vice: Date motion for pro hac vice granted: __6/29/10__ in case number: __09CV2146 (SRU)__

If Attorney of Record in MDL action indicate case number: _____

By submitting this registration form, the undersigned agrees to abide by all court rules, orders and policies and procedures governing the use of the CM/ECF System. The undersigned also consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) and 77(d) via the Court's electronic filing system. The combination of user id and password will serve as the signature of the attorney filing the documents. Attorneys must protect the security of their passwords and immediately notify the court if they learn that their password has been compromised. Electronic filing is only permissible in cases approved by the court.

Signature of Registrant   Date: 6/30/10

### FAX COMPLETED REGISTRATION FORM TO (203) 773-2334

or send by regular mail to:

Robin D. Tabora, Clerk
United States District Court
**Attention: Electronic Filing System Registration**
141 Church Street
New Haven, CT 06510

Once your registration is processed, you will receive an email confirmation containing you user id and password. Should you misplace or forget your password, it can be provided by e-mail, in person or by U.S. mail - it will not be provided by telephone. If you have any questions concerning the registration process or the use of the CM/ECF System, please contact the clerk's office.