UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------------X
BRUCE CLELAND,

                        Plaintiff,

    -against-

SV SPECIAL SITUATIONS FUND, L.P.
STAGG CAPITAL GROUP LLC, KNIGHT
LIBERTAS LLC, 3V CAPITAL
MANAGEMENT LLC, 3V CAPITAL
PARTNERS LP, 3V CAPITAL ADVISORS
LLC, GARY KATCHER, SCOTT A. STAGG
and MARK FOCHT,

                        Defendants.
------------------------------------------------------------------------X

Case No. 3:09-cv-2146 (VLB)

## MOTION, ON CONSENT, FOR EXTENSION OF TIME

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, Defendants SV Special Situations Fund, L.P., Stagg Capital Group LLC, 3V Capital Management LLC, 3V Capital Partners LP, 3V Capital Advisors LLC and Scott A. Stagg ("3V Management Defendants") respectfully move for an extension of time from July 8, 2010 to and including July 29, 2010, in which to reply to plaintiff's opposition to the 3V Management Defendants' Motion to Dismiss. In support of this motion, the undersigned attorneys for the 3V Management Defendants respectfully represent:

    1. The Defendants filed their Motion to Dismiss on May 24, 2010.

**Plaintiff filed opposition to the Motion to Dismiss on June 2, 2010. Accordingly, under Rule 7(d) of the Local Rules of Civil Procedure, the current deadline for the 3V Management Defendants to reply to plaintiff's opposition is July 8, 2010.**

2. The requested additional time is needed for the 3V Management Defendants and their undersigned counsel to analyze the issues raised in plaintiff's opposition, conduct appropriate factual and legal research, and to prepare appropriate consequent papers.

3. The 3V Management Defendants respectfully urge that the foregoing facts and circumstances constitute good cause for the granting of this motion.

4. The 3V Management Defendants' lead counsel, Stagg, Terenzi, Confusione & Wabnik, LLP, has spoken with plaintiff's counsel, namely, Saul Roffe of Stark & Stark, PC, and Attorney Roffe has consented to the extension of time sought herein.

5. This is the 3V Management Defendants' first request for an extension of the time of the deadline sought to be extended hereby.

6. This motion is being filed within the existing deadline sought to be extended hereby.

WHEREFORE, in view of all the foregoing, the 3V Management Defendants respectfully request that this Court grant an extension from July 8, 2010 to and including July 29, 2010, for the 3V Management Defendants to reply to plaintiff's

2

opposition to the 3V Management Defendants' Motion to Dismiss; together with such other and further relief as the Court deems proper.

Respectfully Submitted,

Stagg, Terenzi, Confusione & Wabnik, LLP

By: /s/ Debra L. Wabnik
Debra L. Wabnik  (ct-24768)
Attorneys for Defendants
SV Special Situations Fund, L.P., Stagg Capital Group LLC, 3V Capital Management LLC, 3V Capital Partners L.P., 3V Capital Advisors LLC and Scott A. Stagg.
Office & P.O Address:
401 Franklin Avenue, Suite 300
Garden City, New York 11530
 (516) 812-4500