UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

BRUCE CLELAND,

    Plaintiff,

v.

SV SPECIAL SITUATIONS FUND, L.P.
STAGG CAPITAL GROUP LLC, KNIGHT
LIBERTAS LLC, 3V CAPITAL MANAGEMENT
LLC, 3V CAPITAL PARTNERS LP, 3V CAPITAL
ADVISORS LLC, GARY KATCHER, SCOTT A.
STAGG, and MARK FOCHT

    Defendants.

Case No. 3:09-cv-2146 (SRU)

JULY 12, 2010

---

### MOTION, ON CONSENT, FOR EXTENSION OF TIME

Pursuant Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, defendants Knight Libertas LLC and Gary Katcher (the "Moving Defendants") respectfully move for an extension of time from July 14, 2010 to and including July 29, 2010, in which to reply to plaintiff's opposition to the Moving Defendants' Motion to Dismiss. In support of this motion, the undersigned attorneys for the Moving Defendants respectfully represent:

    1.    The Moving Defendants filed their Motion to Dismiss on April 30, 2010. After extension, plaintiff filed an opposition to the Motion to Dismiss on June 4, 2010.

Accordingly, under Rule 7(d) of the Local Rules of Civil Procedure, the deadline for the Moving Defendants to reply to plaintiff's opposition was June 18, 2010.

2. The Moving Defendants filed a Motion, On Consent, for Extension of Time until July 14, 2010 in which to reply to plaintiff's opposition to the Moving Defendants' Motion to Dismiss. The court granted the extension on June 24, 2010. Accordingly, the current deadline for the Moving Defendants to reply to plaintiff's opposition is July 14, 2010.

3. The requested additional time is needed for the Moving Defendants and their undersigned counsel to analyze the issues raised in plaintiff's opposition, conduct appropriate factual and legal research, and to prepare appropriate consequent papers. Additionally, plaintiff and Moving Defendants have agreed to set the briefing schedule to correspond to the briefing schedule for defendants SV Special Situations Fund, L.P., Stagg Capital Group LLC, 3V Capital Management LLC, 3V Capital Partners LP, 3V Capital Advisors LLC, and Stagg A. Stagg's reply in further support of their motion to dismiss, for which a motion, on consent, for extension of time until July 29, 2010 was granted by the Court on July 9, 2010.

4. The Moving Defendants respectfully urge that the foregoing facts and circumstances constitute good cause for the granting of this motion.

5. The Moving Defendants' lead counsel, Schulte Roth & Zabel LLP, has spoken with plaintiff's counsel, namely, Saul Roffe of Stark & Stark, PC, and Attorney Roffe has consented to the extension of time sought herein.

6. This is the Moving Defendants' second request for an extension of the time of the deadline sought to be extended hereby.

7. This motion is being filed within the existing deadline sought to be extended hereby.

WHEREFORE, in view of all the foregoing, the Moving Defendants respectfully request that this Court grant an extension from July 14, 2010 to and including July 29, 2010, for the Moving Defendants to reply to plaintiff's opposition to the Moving Defendants' Motion to Dismiss; together with such other and further relief as the Court deems proper.

Respectfully Submitted,

**DEFENDANTS,
KNIGHT LIBERTAS LLC and GARY KATCHER**


By   /s/ Eric Lubochinski
    Frederick S. Gold
    Fed. Bar. No. ct 03560
    Eric Lubochinski
    Fed. Bar No. ct 25842
    Shipman & Goodwin LLP
    300 Atlantic Street, Third Floor
    Stamford, Connecticut 06901
    Telephone: (203) 324-8100
    Facsimile: (203) 324-8199
    E-mail: fgold@goodwin.com
    E-mail: elubochinski@goodwin.com

    Howard Schiffman (phv03720)
    Admitted *pro hac vice*
    Schulte Roth & Zabel LLP
    1152 Fifteenth Street, NW, Suite 850
    Washington, DC 20005
    Tel. (202) 729-7470
    Fax (202) 730-4520
    E-mail: howard.schiffman@srz.com

    Their Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2010 a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Eric Lubochinski
Eric Lubochinski

1529639v1