UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE CLELAND,<br><br>                    Plaintiff,<br><br>           v.<br><br>SV SPECIAL SITUATIONS FUND, L.P., STAGG CAPITAL GROUP LLC, KNIGHT LIBERTAS LLC, 3V CAPITAL MANAGEMENT LLC, 3V CAPITAL PARTNERS LP, 3V CAPITAL ADVISORS LLC, GARY KATCHER, SCOTT A. STAGG, and MARK FOCHT,<br><br>                    Defendants. | Case No. 3:09-cv-2146<br>(VLB) |

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2010, a copy of the foregoing Motion, on Consent, for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic service.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

JOHN EDWARD MacDONALD, ESQ.
STARK & STARK, PC
Attorneys for Plaintiff
Bruce Cleland
Office & P.O. Address:
993 Lenox Drive
P.O. Box 5315
Princeton, New Jersey  08543-5315
(609) 895-7292

**ERIC J. LUBOCHINSKI, ESQ.**
**SHIPMAN & GOODWIN**
**Attorneys for Defendant**
**Knight Libertas LLC**
**Office & P.O. Address:**
**300 Atlantic Street**
**Stamford, Connecticut  06901-3522**
**(203) 324-8154**

**FREDERICK S. GOLD, ESQ.**
**SHIPMAN & GOODWIN**
**Attorneys for Defendant**
**Knight Libertas LLC**
**Office & P.O. Address:**
**300 Atlantic Street**
**Stamford, Connecticut  06901-3522**
**(203) 324-8100**

**HOWARD SCHIFFMAN, ESQ.**
**SCHULTE ROTH & ZABEL, LLP**
**Attorneys for Defendant**
**Knight Libertas LLC**
**Office & P.O. Address:**
**1152 Fifteenth Street, NW**
**Washington, DC 20005**
**(202) 729-7470**

**STAGG, TERENZI, CONFUSIONE & WABNIK, LLP**

BY:  */s/ Debra L. Wabnik*
**Debra L. Wabnik (ct-24768)**
**Attorneys for Defendants**
**SV Special Situations Fund, L.P.,**
**Stagg Capital Group LLC, 3V Capital**
**Management LLC, 3V Capital Partners LP, 3V**
**Capital Advisors LLC and Scott A. Stagg**
**Office & P.O. Address:**
**401 Franklin Avenue**
**Suite 300**
**Garden City, New York 11530**
**(516) 812-4500**
**Facsimile:  (516) 812-4600**
**dwabnik@stcwlaw.com**