## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

-------------------------------------------------------------- :

| | |
|---|---|
| BRUCE CLELAND, | : |
| | : |
| Plaintiff, | : Case No. 3:09-cv-2146 (SRU) |
| | : |
| v. | : |
| | : |
| SV SPECIAL SITUATIONS FUND LP, | : |
| STAGG CAPITAL GROUP LLC, KNIGHT | : |
| LIBERTAS LLC, 3V CAPITAL MANAGEMENT | : |
| LLC, 3V CAPITAL PARTNERS LP, 3V CAPITAL | : |
| ADVISORS LLC, GARY KATCHER, SCOTT A. | : AUGUST 4, 2010 |
| STAGG, and MARK FOCHT | : |
| | : |
| Defendants. | : |

-------------------------------------------------------------- :

## JOINT MOTION FOR EXTENSION OF LOCAL RULE 26(f) DEADLINE

         For the reasons set forth below, the undersigned Counsel respectfully submit this

joint motion for extension of time to stay their obligations under Local Rule 26(f) and to file

their Form 26(f) Report of Parties' Planning Meeting ("Form 26(f)") until 30 days after this

Court rules on Defendants' motions to dismiss. In support thereof, the parties represent as

follows:

### BACKGROUND

         Plaintiff filed the complaint against Defendants SV Special Situations Fund LP,

Stagg Capital Group LLC, Knight Libertas LLC, 3V Capital Management LLC, 3V Capital

Partners LP, 3V Capital Advisors LLC, Gary Katcher, Scott Stagg, and Mark Focht on January

5, 2010. The Complaint alleges, among other things, violations of Sections 10(b) and 20(a) of

the Securities Exchange Act of 1934 ("Exchange Act") and Rule 10b-5 promulgated thereunder.

On April 30, 2010, Defendants Knight Libertas LLC and Gary Katcher (the "Katcher Defendants") filed a motion to dismiss plaintiff's complaint pursuant to Rules 9(b), 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP") and the Private Securities Litigation Reform Act ("PSLRA") on the grounds that, *inter alia*, the complaint failed to state a claim or satisfy the pleading requirements of the PSLRA. Plaintiff filed an opposition on June 4, 2010 and the Katcher Defendants filed a reply to plaintiff's opposition on July 29, 2010.

Defendants SV Special Situations Fund LP, Stagg Capital Group LLC, 3V Capital Management LLC, 3V Capital Partners LP, 3V Capital Advisors LLC and Scott A. Stagg (the "SV Defendants") moved to dismiss plaintiff's complaint on May 24, 2010 on the grounds that, *inter alia*, plaintiff failed to allege securities fraud with the required particularity required by Rule 9(b) of the FRCP and the PSLRA. Plaintiff filed an opposition on June 24, 2010 and the SV Defendants' deadline to reply to plaintiff's opposition is August 19, 2010.

On July 16, 2010, this Court issued a Notice to Counsel/Pro Se Parties requiring the parties to file their Form 26(f) report by August 6, 2010. Accordingly, plaintiff, the Katcher Defendants, and the SV Defendants file this joint motion for extension in response to this notice.

### ARGUMENT

The parties recognize that Local Rule 26(f) requires that, within 30 days after the appearance of any defendant, the attorneys of record confer for the purposes described in Rule 26(f) of the Federal Rules of Civil Procedure. However, claims brought pursuant to Exchange Act Sections 10(b) and 20(a) must comply with the requirements of the Private Securities Litigation Reform Act, which provides, in part, that "[i]n any private action arising under [the Exchange Act], all discovery and other proceedings shall be stayed during the pendency of any

motion to dismiss, unless the court finds upon the motion of any party that particularized

discovery is necessary to preserve evidence or to prevent undue prejudice to that party." 15

U.S.C. § 78u-4(b)(3)(B). Accordingly, undersigned counsel have agreed and respectfully request

that this Court hold the Local Rule 26(f) and Fed. R. Civ. P. 26(f) requirements in abeyance until

after this Court rules on the Katcher Defendants' and SV Defendants' motions to dismiss. *See*

Order Granting Motion For Extension of Time for 30 days after Court's ruling on Motion to

Dismiss, Docket No. 57, *Coyne v. General Electric Co.*, No. 3:08-cv-01135-SRU (D. Conn. Mar.

6, 2009) (Underhill, J.) (granting motion to extend 26(f) deadline requirements); *Pedroli v.

Microtune, Inc.*, 2007 U.S. Dist. LEXIS 97664, at *7 (E.D. Tex. May 18, 2007) (granting

defendants' motion to suspend the requirement for a Rule 26(f) conference, finding that "any

scheduling order at this time would be a document without any concrete dates or deadlines").

## CONCLUSION

WHEREFORE, the parties request a stay of the Local Rule 26(f) requirements

during the pendency of Defendants' motions to dismiss and respectfully request that this Court

extend the parties' deadline to file their Form 26(f) until 30 days after this Court issues its ruling

thereon.

Dated: August 4, 2010

**STARK & STARK, PC**

By: _____

Saul Koffe
993 Lenox Drive Bldg. 2
Lawrenceville, NJ 08648-2389
(609) 896-9060

*Counsel for Plaintiff Bruce Cleland*

**SHIPMAN & GOODWIN LLP**

By: _____

Frederick S. Gold (ct-03560)
Eric Lubochinski (ct-25842)
300 Atlantic Street, Third Floor
Stamford, Connecticut 06901
(203) 324-8100

-and-

**SCHULTE ROTH & ZABEL LLP**

Howard Schiffman (*pro hac vice*)
Jeffrey F. Robertson (*pro hac vice to be filed*)
Andrew P.C. Wright (*pro hac vice to be filed*)
Schulte Roth & Zabel LLP
1152 15th Street, NW
Washington, DC 20005
(202) 729-7470

*Counsel for Defendants Knight Libertas LLC
and Gary Katcher*

**STAGG, TERENZI,
CONFUSIONE & WABNIK, LLP**

By: _____

Debra Wabnik (ct-24768)
401 Franklin Avenue, Suite 300
Garden City, New York 11530
(516) 812-4500

*Counsel for Defendants SV Special
Situations Fund LP, Stagg Capital
Group LLC, 3V Capital Management
LLC, 3V Capital Partners LP, 3V
Capital Advisors LLC and Scott A.
Stagg*

DOC ID-11287105.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2010 a copy of foregoing was filed

electronically and served by mail on anyone unable to accept electronic filing. Notice of this

filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or

by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic

Filing. Parties may access this filing through the Court's CM/ECF System.

Saul Roffe