UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

BRUCE CLELAND,

  Plaintiff,

v.

SV SPECIAL SITUATIONS FUND, L.P.
STAGG CAPITAL GROUP LLC, KNIGHT
LIBERTAS LLC, 3V CAPITAL MANAGEMENT
LLC, 3V CAPITAL PARTNERS LP, 3V CAPITAL
ADVISORS LLC, GARY KATCHER, SCOTT A.
STAGG, and MARK FOCHT

  Defendants.

Case No. 3:09-cv-2146 (SRU)

August 5, 2010

---

## MOTION FOR ADMISSION PRO HAC VICE OF ANDREW P.C. WRIGHT

Pursuant to Local Rule 83.1(d), the undersigned counsel for defendants Knight Libertas LLC and Gary Katcher hereby respectfully move that Attorney Andrew P.C. Wright of the law firm Schulte Roth & Zabel LLP be admitted to practice *pro hac vice*, on behalf of Knight Libertas LLC and Gary Katcher, for all purposes, in this action. In support hereof, the undersigned respectfully represents:

  1.  The attached affidavit of Attorney Wright sets forth the following facts:

  (a)  Attorney Wright's office address is 1152 Fifteenth Street NW, Washington, DC 20005. Attorney Wright's telephone number is (202) 729-7466.

(b) Attorney Wright is a member in good standing of the Bars of the District of Columbia and Maryland, and Attorney Wright has never been denied admission to or disciplined by this or any other Court.

(c) Under Local Rule 83.1(c)(1), Attorney Wright designates the undersigned and his office, Shipman & Goodwin LLP, 300 Atlantic Street, Stamford, CT 06901, telephone number (203) 324-8100, as the member of the bar of this Court upon whom service of all papers shall also be made.

2. The granting of this Motion will not require modification of any scheduling order entered by this Court pursuant to Federal Rule of Civil Procedure 16(b) or the deadlines established by the standing order on scheduling in civil cases.

3. There is good cause for Attorney Wright's admission *pro hac vice* in that: (1) his firm is regular counsel to Knight Libertas LLC and Gary Katcher; (2) Knight Libertas LLC and Gary Katcher have expressed their confidence in his experience and recommendations as to trial strategy and settlement and have expressly requested that his firm represent their interests in this case; and (3) he is actively participating in this case and its preparation for trial; and (4) because of his substantial past experience, his assistance is needed to conduct the trial of this action on behalf of Knight Libertas LLC and Gary Katcher.

4. The requisite fee of $25.00 has been submitted herewith.

WHEREFORE, the undersigned respectfully requests that this Court admit Andrew P.C. Wright, Esq., *pro hac vice*, to practice as a visiting attorney before this Court representing Knight Libertas LLC and Gary Katcher, in all matters relating to this proceeding, together with such other and further relief as the Court deems just and proper.

Respectfully Submitted,

**DEFENDANTS,**
**KNIGHT LIBERTAS LLC and GARY KATCHER**

By: _____
Frederick S. Gold
Fed. Bar. No. ct 03560
Eric Lubochinski
Fed. Bar No. ct 25842
Shipman & Goodwin LLP
300 Atlantic Street, Third Floor
Stamford, Connecticut 06901
Telephone: (203) 324-8100
Facsimile: (203) 324-8199
E-mail: fgold@goodwin.com
E-mail: elubochinski@goodwin.com

- and -

Howard Schiffman (phv03720)
Schulte Roth & Zabel LLP
1152 Fifteenth Street, NW, Suite 850
Washington, DC 20002
Telephone: (202) 729-7470
Facsimile: (202) 730-4520
E-mail: howard.schiffman@srz.com

Their Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2010, a copy of the foregoing was sent via U.S. mail, postage prepaid, to:

John E. MacDonald, Esq.
Saul Roffe, Esq.
Stark & Stark, PC
993 Lenox Drive, Bldg. 2
P.O. Box 5315
Princeton, NJ 08543-5315

Debra L. Wabnik, Esq.
Stagg, Terenzi, Confusione & Wabnik, LLP
401 Franklin Avenue -- Suite 300
Garden City, NY  11530

_____
Eric Lubochinski

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| BRUCE CLELAND, | : |
| | : |
| Plaintiff, | : Case No. 3:09-cv-2146 (SRU) |
| | : |
| v. | : |
| | : |
| SV SPECIAL SITUATIONS FUND, L.P. | : |
| STAGG CAPITAL GROUP LLC, KNIGHT | : |
| LIBERTAS LLC, 3V CAPITAL MANAGEMENT | : |
| LLC, 3V CAPITAL PARTNERS LP, 3V CAPITAL | : |
| ADVISORS LLC, GARY KATCHER, SCOTT A. | : |
| STAGG, and MARK FOCHT | : |
| | : |
| Defendants. | : AUGUST ___, 2010 |

---

### AFFIDAVIT OF ANDREW P.C. WRIGHT IN
### SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

|  |  |
|---|---|
| WASHINGTON, D.C. | : ss.: |

I, ANDREW P.C. WRIGHT, ESQ., being duly sworn, hereby depose and say:

1. I am over the age of eighteen years and I understand the obligations of an oath. I submit this affidavit pursuant to D. Conn. L. Civ. R. 83.1(d) in support of the attached motion seeking permission of the Court for me to appear *pro hac vice,* for all purposes, in the above entitled action.

2. I am an attorney at the law firm of Schulte Roth & Zabel LLP, attorneys for defendants Knight Libertas LLC and Gary Katcher ("Defendants"). My contact information is as follows:

2

                Andrew P.C. Wright, Esq.
                Schulte Roth & Zabel LLP
                1152 Fifteenth Street, NW
                Washington, DC  20005
                Telephone:     (202) 729-7466
                Facsimile:      (202) 730-4520
                email:  andrew.wright@srz.com

3. I am a member in good standing of the Bars of the District of Columbia and Maryland.

4. I have never been denied admission to or disciplined by this Court or any other court.

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

6. Pursuant to Local Rule 83.1(c)(1), I designate Eric Lubochinski, Esq. of Shipman & Goodwin LLP and his office, Shipman & Goodwin LLP, 300 Atlantic Street, Stamford, CT  06901, telephone number (203) 324-8100, as the member of the bar of this Court upon whom service of all papers shall also be made.

7. There is good cause for my admission *pro hac vice* in that: (a) my firm is regular counsel to Knight Libertas LLC and Gary Katcher; (b) Knight Libertas LLC and Gary Katcher have expressed their confidence in my experience and recommendations as to trial strategy and settlement and have expressly requested that I and my firm represent their interests

in this case; (c) I am actively participating in the case and its preparation for trial; and (d) because of my substantial past experience, my assistance is needed to conduct the trial of this action on behalf of Knight Libertas LLC and Gary Katcher.

                                                ANDREW P.C. WRIGHT

Subscribed and sworn to before me this ____ day of August, 2010.

_____
Notary Public
My Commission Expires:

Christopher Stanhope DiBitetto
Notary Public, District of Columbia
My Commission Expires 1/31/2014

DC023DB-\11286397.1

3