UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| BRUCE CLELAND, | : |
| | : |
| Plaintiff, | : Case No. 3:09-cv-2146 (SRU) |
| | : |
| v. | : |
| | : |
| SV SPECIAL SITUATIONS FUND, L.P. | : |
| STAGG CAPITAL GROUP LLC, KNIGHT | : |
| LIBERTAS LLC, 3V CAPITAL MANAGEMENT | : |
| LLC, 3V CAPITAL PARTNERS LP, 3V CAPITAL | : |
| ADVISORS LLC, GARY KATCHER, SCOTT A. | : |
| STAGG, and MARK FOCHT | : |
| | : |
| Defendants. | : August 5, 2010 |

---

### MOTION FOR ADMISSION PRO HAC VICE OF JEFFREY F. ROBERTSON

Pursuant to Local Rule 83.1(d), the undersigned counsel for defendants Knight Libertas LLC and Gary Katcher hereby respectfully move that Attorney Jeffrey F. Robertson of the law firm Schulte Roth & Zabel LLP be admitted to practice *pro hac vice*, on behalf of Knight Libertas LLC and Gary Katcher, for all purposes, in this action. In support hereof, the undersigned respectfully represents:

1. The attached affidavit of Attorney Robertson sets forth the following facts:

(a) Attorney Robertson's office address is 1152 Fifteenth Street NW, Washington, DC 20005. Attorney Robertson's telephone number is (202) 729-7478.

(b)     Attorney Robertson is a member in good standing of the Bars of the District of Columbia and New York; and is admitted to practice before the District of Maryland, and Attorney Robertson has never been denied admission to or disciplined by this or any other Court.

(c)     Under Local Rule 83.1(c)(1), Attorney Robertson designates the undersigned and his office, Shipman & Goodwin LLP, 300 Atlantic Street, Stamford, CT 06901, telephone number (203) 324-8100, as the member of the bar of this Court upon whom service of all papers shall also be made.

2.      The granting of this Motion will not require modification of any scheduling order entered by this Court pursuant to Federal Rule of Civil Procedure 16(b) or the deadlines established by the standing order on scheduling in civil cases.

3.      There is good cause for Attorney Robertson's admission *pro hac vice* in that: (1) his firm is regular counsel to Knight Libertas LLC and Gary Katcher; (2) Knight Libertas LLC and Gary Katcher have expressed their confidence in his experience and recommendations as to trial strategy and settlement and have expressly requested that his firm represent their interests in this case; and (3) he is actively participating in this case and its preparation for trial; (4) because of his substantial past experience, his assistance is needed to conduct the trial of this action on behalf of Knight Libertas LLC and Gary Katcher; and (5) he has appeared *pro hac vice* on behalf of Knight Libertas LLC and Gary Katcher in a related action pending before this Court, captioned SV Special Situations Master Fund Ltd. v. Knight Libertas LLC, et al., No. 3:08-cv-01769 (SRU).

4.      The requisite fee of $25.00 has been submitted herewith.

WHEREFORE, the undersigned respectfully requests that this Court admit Jeffrey F. Robertson, Esq., *pro hac vice*, to practice as a visiting attorney before this Court representing Knight Libertas LLC and Gary Katcher, in all matters relating to this proceeding, together with such other and further relief as the Court deems just and proper.

Respectfully Submitted,

DEFENDANTS,
KNIGHT LIBERTAS LLC and GARY KATCHER

By: _____
Frederick S. Gold
Fed. Bar. No. ct 03560
Eric Lubochinski
Fed. Bar No. ct 25842
Shipman & Goodwin LLP
300 Atlantic Street, Third Floor
Stamford, Connecticut 06901
Telephone: (203) 324-8100
Facsimile: (203) 324-8199
E-mail: fgold@goodwin.com
E-mail: elubochinski@goodwin.com

- AND -

Howard Schiffman (phv03720)
Admitted pro hac vice
Schulte Roth & Zabel LLP
1152 Fifteenth Street, NW, Suite 850
Telephone: (202) 729-7470
Facsimile: (202) 730-4520
E-mail: howard.schiffman@srz.com
Their Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2010, a copy of the foregoing was sent via U.S. mail, postage prepaid, to:

John E. MacDonald, Esq.
Saul Roffe, Esq.
Stark & Stark, PC
993 Lenox Drive, Bldg. 2
P.O. Box 5315
Princeton, NJ 08543-5315

Debra L. Wabnik, Esq.
Stagg, Terenzi, Confusione & Wabnik, LLP
401 Franklin Avenue -- Suite 300
Garden City, NY  11530

_____
Eric Lubochinski

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------- :
BRUCE CLELAND,                                                   :
                                                                 :
         Plaintiff,                                              :   Case No. 3:09-cv-2146 (SRU)
                                                                 :
v.                                                               :
                                                                 :
SV SPECIAL SITUATIONS FUND, L.P.                                 :
STAGG CAPITAL GROUP LLC, KNIGHT                                  :
LIBERTAS LLC, 3V CAPITAL MANAGEMENT                              :
LLC, 3V CAPITAL PARTNERS LP, 3V CAPITAL                          :
ADVISORS LLC, GARY KATCHER, SCOTT A.                             :
STAGG, and MARK FOCHT                                            :
                                                                 :
         Defendants.                                             :
---------------------------------------------------------------- :

### AFFIDAVIT OF JEFFREY F. ROBERTSON IN
### SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

                              :
WASHINGTON, D.C.              :   ss.:
                              :

I, JEFFREY F. ROBERTSON, ESQ., being duly sworn, hereby depose and say:

      1.    I am over the age of eighteen years and I understand the obligations of an oath. I submit this affidavit pursuant to D. Conn. L. Civ. R. 83.1(d) in support of the attached motion seeking permission of the Court for me to appear *pro hac vice,* for all purposes, in the above entitled action.

      2.    I am an attorney at the law firm of Schulte Roth & Zabel LLP, attorneys for defendants Knight Libertas LLC and Gary Katcher. My contact information is as follows:

1522308v1

>Jeffrey F. Robertson, Esq.
>Schulte Roth & Zabel LLP
>1152 Fifteenth Street, NW
>Washington, DC  20005
>Telephone:    (202) 729-7478
>Facsimile:    (202) 730-4520
>email:  jeffrey.robertson@srz.com

3. I am a member in good standing of the Bars of the District of Columbia and New York; and am admitted to practice before the District of Maryland.

4. I have never been denied admission to or disciplined by this Court or any other court.

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

6. Pursuant to Local Rule 83.1(c)(1), I designate Eric Lubochinski, Esq. of Shipman & Goodwin LLP and his office, Shipman & Goodwin LLP, 300 Atlantic Street, Stamford, CT  06901, telephone number (203) 324-8100, as the member of the bar of this Court upon whom service of all papers shall also be made.

7. There is good cause for my admission *pro hac vice* in that: (a) my firm is regular counsel to Knight Libertas LLC and Gary Katcher; (b) Knight Libertas LLC and Gary Katcher have expressed their confidence in my experience and recommendations as to trial strategy and settlement and have expressly requested that I and my firm represent their interests in this case; (c) I am actively participating in the case and its preparation for trial; (d) because of

1522308v1                                2

my substantial past experience, my assistance is needed to conduct the trial of this action on behalf of Knight Libertas LLC and Gary Katcher; and (e) I have appeared *pro hac vice* on behalf of Knight Libertas LLC and Gary Katcher in a related action currently pending before this Court, captioned <u>SV Special Situations Master Fund Ltd. v. Knight Libertas LLC, et al.</u>, No. 3:08-cv-01769-SRU.

Dated: August 2, 2010

_____
JEFFREY F. ROBERTSON

Subscribed and sworn to before me this __2nd__ day of August, 2010.

_____
Notary Public
My Commission Expires:

Christopher Stanhope DiBitetto
Notary Public, District of Columbia
My Commission Expires 1/31/2014

1522308v1                                3