```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

                        Motion Day Calendar

                  Stefan R. Underhill, U. S. D. J.
                       915 Lafayette Boulevard
                             Bridgeport
                      Courtroom #1, 4th Floor
```

**February 22, 2011**

UPON RECEIPT OF THIS CALENDAR, COUNSEL ARE INSTRUCTED TO CONFER WITH OPPOSING COUNSEL AND CONFIRM THAT ALL COUNSEL OF RECORD HAVE NOTICE OF THE ARGUMENT IN THEIR CASE. **PLEASE PROVIDE CHAMBERS WITH COPIES OF MOTIONS AND RELATED PLEADINGS.**

COUNSEL SHALL BE PREPARED TO ARGUE WITH PARTICULARITY THE MOTIONS AT ISSUE. THE COURT WILL HAVE THOROUGHLY REVIEWED THE PAPERS, SO THAT COUNSEL NEED NOT RESTATE BACKGROUND OR ARGUMENTS SET FORTH IN THE BRIEFS. AFTER HIS QUESTIONS HAVE BEEN ANSWERED, JUDGE UNDERHILL MAY RULE ON THE MOTIONS FROM THE BENCH.

ANY REQUESTS PERTAINING TO THE ORAL ARGUMENT SHALL BE MADE TO BARBARA SBALBI, JUDICIAL ASSISTANT (203-579-5714).  ANY COUNSEL REQUESTING CONTINUANCES, WHICH WILL BE CONSIDERED ONLY FOR GOOD CAUSE CLEARLY SHOWN, SHALL CONSULT WITH COUNSEL FOR ALL OTHER PARTIES BEFORE MAKING THE REQUEST.

**2:00 p.m.**
**Cleland v SV Special Situations Fund            3:09cv2146**

Motion to Dismiss -         doc. #14, 20