UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
----------------------------------------------------------------------X
BRUCE CLELAND,

        Plaintiff,          Case No. 3:09-cv-2146
  -against-               (VLB)

SV SPECIAL SITUATIONS FUND, L.P., STAGG  **STIPULATION OF**
CAPITAL GROUP LLC, KNIGHT LIBERTAS   **DISCONTINUANCE**
LLC, 3V CAPITAL MANAGEMENT LLC,    **WITH PREJUDICE**
3V CAPITAL PARTNERS LP, 3V CAPITAL
ADVISORS LLC, GARY KATCHER, SCOTT A. STAGG
and MARK FOCHT,
        Defendants.
----------------------------------------------------------------------X

  **IT IS HEREBY STIPULATED AND AGREED,** by and between the attorneys for the respective parties herein, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, discontinued with prejudice against defendants SV SPECIAL SITUATIONS FUND, L.P., STAGG CAPITAL GROUP LLC, 3V CAPITAL MANAGEMENT LLC, 3V CAPITAL PARTNERS L.P., 3V CAPITAL ADVISORS LLC AND SCOTT A. STAGG, without costs or attorney's fees to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court. This Stipulation may be executed in counterparts. Facsimiles of this Stipulation will be deemed an original.

Dated: Garden City, New York
   April 22, 2011

STAGG, TERENZI, CONFUSIONE &       STARK & STARK, P.C.
WABNIK, LLP


By: _____        By: _____
  Debra L. Wabnik            John Edward MacDonald
*Attorneys for Defendants,*         *Attorneys for Plaintiff,*
*SV Special Situations Fund, L.P., Stagg Capital* *Bruce Cleland*
*Group LLC, 3V Capital Management LLC, 3V*  Office & P.O. Address:
*Capital Partners L.P., 3V Capital Advisors LLC* 993 Lenox Drive
*and Scott A. Stagg*            P.O. Box 5315
Office & P.O Address:           Princeton, New Jersey 08543-5315
401 Franklin Avenue, Suite 300       (609) 895-7292
Garden City, New York 11530
(516) 812-4500