UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------- :

BRUCE CLELAND,                                    :

        Plaintiff,                    :    Case No. 3:09-cv-2146 (SRU)

                                         :

v.                                                :

SV SPECIAL SITUATIONS FUND, L.P.                  :
STAGG CAPITAL GROUP LLC, KNIGHT                    :
LIBERTAS LLC, 3V CAPITAL MANAGEMENT               :
LLC, 3V CAPITAL PARTNERS LP, 3V CAPITAL           :
ADVISORS LLC, GARY KATCHER, SCOTT A.              :
STAGG, and MARK FOCHT                             :

        Defendants.                   :    May 2, 2011

---------------------------------------------------------------- 

## STIPULATION OF DISMISSAL

        IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1)(A)(ii)

of the Federal Rules of Civil Procedure, by and between the attorneys for the respective parties

herein, that whereas no party hereto is an infant or incompetent person for whom a committee

has been appointed and no person not a party has an interest in the subject matter of the action,

the above-entitled action be, and the same hereby is, dismissed with prejudice against defendants

KNIGHT LIBERTAS LLC and GARY KATCHER, without costs or attorney's fees to either

party as against the other.  This Stipulation may be filed without further notice with the Clerk of

the Court.  This Stipulation may be executed in counterparts.  Facsimiles of this Stipulation will

be deemed an original.

Dated: April __, 2011

SCHULTE ROTH & ZABEL LLP                STARK & STARK

By: _____        By: _____
       Jeffrey F. Robertson                    John Edward MacDonald

*Attorneys for Defendants,*              *Attorneys for Plaintiff,*
*Knight Libertas LLC and Gary Katcher*   *Bruce Cleland*
1152 Fifteenth Street, NW                Office & P.O. Address:
Washington, DC 20005                     993 Lenox Drive
Tel: (202) 729-7470                      P.O. Box 5315
                                         Princeton, New Jersey 08543-5315
Frederick S. Gold                        (609) 895-7292
Eric Lubochinski
Shipman & Goodwin LLP
300 Atlantic Street
Stamford, CT 06901-3522
Tel: (203) 324-8100

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2011 a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/Eric Lubochinski
Eric Lubochinski