UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRUCE CLELAND | : | |
| | : | |
| v. | : | 3:09 CV 2146  (SRU) |
| | : | |
| S.V. SPECIAL SITUATIONS FUND, LP, | : | |
| STAGG CAPITAL GROUP, LLC, | : | |
| KNIGHT LIBERTAS, LLC, 3V CAPITAL | : | |
| MANAGEMENT LLC, 3V CAPITAL PARTNERS, | : | |
| LP, 3V CAPITOL ADVISORS, GARY KATCHER, | : | |
| SCOTT A. STAGG, and MARK FOCHT | : | |

## ORDER OF DISMISSAL

This case is hereby dismissed without prejudice as to defendant Mark Focht pursuant to Rule 4(m) of the Federal Rules of Civil Procedure because of plaintiff's failure to serve defendant.

The clerk is instructed to dismiss this case as to defendant Mark Focht.

It is so ordered.

Dated at Bridgeport this 31st day of May 2011.

      /s/ Stefan R. Underhill
      Stefan R. Underhill
      United States District Judge